IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| CASEY LONG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:13-cv-00965 SMV/LAM |
| ) | |
| BRIDGESTONE AMERICAS TIRE ) | |
| OPERATIONS, LLC d/b/a FIRESTONE ) | |
| TIRE AND RUBBER COMPANY, and ) | |
| CECILIA DODSON, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO DISMISS WITH PREJUDICE

COMES NOW Plaintiff Casey Long, by and through his undersigned attorneys of record, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and respectfully moves the Court for an Order dismissing his Complaint filed in the above numbered and captioned cause, together with all claims which were either made therein or which could have been made therein, with prejudice for the reason that all matters in dispute between plaintiff and defendants have been resolved. Each party shall bear his, her or its respective costs and attorney fees.

Respectfully submitted,

JARAMILLO TOUCHET LLC

By /s/ David J. Jaramillo
David J. Jaramillo, Esq.
Marie E. Touchet, Esq.
500 Marquette NW - Suite 1460
Albuquerque, NM  87102
(505) 200-9454

-and-

1

                                            Ryan Toomey, Esq.
                                            James Perrin, Esq.
                                            WYATT LAW FIRM, Ltd.
                                            Renaissance Plaza
                                            70 NE Loop 410, Suite 725
                                            San Antonio, TX 78216

                                            *Attorneys for Plaintiff*

I HEREBY CERTIFY that on November 5, 2013, I electronically filed the foregoing through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected on the Notice Of Electronic Filing:

_____ /w permission
David J. Jaramillo, Esq.
Marie E. Touchet, Esq.

202323.DOC