IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| CASEY LONG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:13-cv-00965  SMV/LAM |
| | ) |
| BRIDGESTONE AMERICAS TIRE | ) |
| OPERATIONS, LLC d/b/a FIRESTONE | ) |
| TIRE AND RUBBER COMPANY, and | ) |
| CECILIA DODSON, | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the Motion to Dismiss With Prejudice [DOC 6] filed by plaintiff Casey Long moving this Court for an order dismissing plaintiff's Complaint filed in the above numbered caption cause, together with all claims which were either made therein or which could have been made therein with prejudice for the reason that all matters in dispute between plaintiff and defendants have been resolved, with each party to bear his, her or its respective costs and attorney fees; and the Court being fully advised on the premises finds that said motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the Complaint filed in the above numbered caption cause, together will all claims which were either made therein or which could have been made therein, should be and the same hereby are, dismissed with prejudice with each party to bear his, her or its respective costs, expenses and attorney fees.

_____
THE HONORABLE STEPHAN M. VIDMAR
U.S. MAGISTRATE JUDGE

1

SUBMITTED AND APPROVED BY:

KELEHER & McLEOD, P.A.


By   */s/ Arthur O. Beach*
      Arthur O. Beach
      Benjamin F. Feuchter
      P.O. Box AA
      Albuquerque, NM 87103
      (505) 346-4646
      *Attorneys for Defendant Bridgestone*

JARAMILLO TOUCHET LLC


By   */s/ David J. Jaramillo*
      David J. Jaramillo, Esq.
      Marie E. Touchet, Esq.
      500 Marquette NW - Suite 1460
      Albuquerque, NM  87102
      (505) 200-9454

-and-

      Ryan Toomey, Esq.
      James Perrin, Esq.
      WYATT LAW FIRM, Ltd.
      Renaissance Plaza
      70 NE Loop 410, Suite 725
      San Antonio, TX  78216

      *Attorneys for Plaintiff*


202326.DOC